Núm. 145.—Rodríguez, peticionario, *v.* Lugo, Alcaide de Cárcel, etc., dmdado.—Original. ▮▮▮▮▮▮▮▮ Mayo 28, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, el peticionario radicó en este Tribunal una moción jurada en la que expone que fué sentenciado por la Corte de Distrito de Bayamón el día 8 de abril, 1940 a extinguir un año de cárcel por un delito de falsa representación; que el día siguiente la misma corte lo sentenció a un año de cárcel por otro delito de falsa representación; y que también fué sentenciado en esta última fecha por la misma corte a tres meses de cárcel por un delito de igual naturaleza y que habiendo extinguido ya la primera condena y debiendo entenderse que dichas sentencias tienen carácter de concurrentes de acuerdo con lo prescrito en el artículo 31 del Código Penal, según fué interpretado por este tribunal en el caso de *Marcelino Ruiz, peticionario,* v. *Sixto M. Saldaña, Jefe del Presidio Insular, demandado, hábeas corpus núm. 143, resuelto el 20 de mayo, 1941* (ante, pág. 634), dichas sentencias han quedado extinguidas siendo ilegal por consiguiente su prisión;

Por cuanto, examinada la petición de hábeas corpus se libró el auto y se señaló su vista para el 24 del actual, a las 9:30 de la mañana, en cuya fecha comparecieron el Alcaide Interino de la Cárcel de Distrito de San Juan, Sr. B. González Montalvo, trayendo consigo al peticionario, y el Fiscal Auxiliar de este tribunal en representación del Alcaide;

Por cuanto, de la prueba resulta que las tres sentencias dictadas por la Corte de Distrito de Bayamón siendo como son concurrentes han sido ya extinguidas;

Por tanto, vistas la petición y la prueba presentada, se ordena la excarcelación del peticionario a menos que estuviera detenido por cualquier otra causa no comprendida en la petición de hábeas corpus.

Núm. 4.—Pueblo, querellante, *v.* South Porto Rico Sugar Co. of New Jersey, et als., dmdadas.—Original. ▮▮▮▮▮▮▮ Junio 5, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Vista la moción radicada por la demandada Russell & Co., Sucrs., el 31 de mayo de 1940 interesando la eliminación de ciertos particulares de la querella enmendada, y vistos los autos de este caso, se declara sin lugar dicha moción para eliminar y en armonía con nuestra resolución de esta misma fecha desestimando las excepciones previas interpuestas por esta demandada, se le concede un término de veinte días para radicar su contestación.